IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   22-cr-00028 |
| v. | : | DATE FILED:   January 3, 2024 |
| JAMES GAUTHNEY | : | VIOLATION: |
| | | 18 U.S.C. § 922(j) (possession of a stolen firearm – 1 count) |
| | : | Notice of forfeiture |

**SUPERSEDING INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about February 29, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JAMES GAUTHNEY,**

knowingly possessed a stolen firearm, that is, a SCCY, model CPX-3, .380 auto caliber, semi-automatic pistol, bearing serial number A006548, loaded with 7 live rounds of .380 auto caliber ammunition, which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Section 922(j).

1

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(j), set forth in this Superseding Information, defendant

### JAMES GAUTHNEY

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of this offense, including, but not limited to:

1. a SCCY, model CPX-3, .380 auto caliber, semi-automatic pistol, bearing serial number A006548; and

2. seven live rounds of .380 auto caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

JAMES GAUTHNEY

Superseding Information

Counts

18 U.S.C. § 922(j) (possession of a stolen firearm – 1 count)
Notice of forfeiture

A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Foreperson

Bail, $ _____